B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Dima Corp** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Sopie's Diner** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-8194968** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3285 Westchester Avenue**<br>**Bronx, NY**<br>ZIP Code **10461** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bronx** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Dima Corp** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dima Corp** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X  **/s/ Dawn Kirby Arnold**<br>Signature of Attorney for Debtor(s)<br>**Dawn Kirby Arnold**<br>Printed Name of Attorney for Debtor(s)<br>**Rattet Pasternak, LLP**<br>Firm Name<br>**550 Mamaroneck Avenue**<br>**Suite 510**<br>**Harrison, NY 10528**<br>Address<br><br>**(914) 381-7400  Fax: (914) 381-7406**<br>Telephone Number<br>**February 25, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Mary Raffa**<br>Signature of Authorized Individual<br>**Mary Raffa**<br>Printed Name of Authorized Individual<br>**President**<br>Title of Authorized Individual<br>**February 25, 2011**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re **Dima Corp**
               Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Spyridom Orfanos**<br>**533 North Kings Ave**<br>**Lindenhurst, NY 11757** | **Spyridom Orfanos**<br>**533 North Kings Ave**<br>**Lindenhurst, NY 11757** | **Rent Subject to counter claims** | **Disputed**<br>**Subject to Setoff** | **100,000.00** |
| **Mary Raffa**<br>**3285 Westchester Avenue**<br>**Bronx, NY 10461** | **Mary Raffa**<br>**3285 Westchester Avenue**<br>**Bronx, NY 10461** | **Loans to company from trust fund and personal checking account** | | **77,000.00** |
| **John Karagiannis**<br>**1625 Library Ave, #2**<br>**Bronx, NY 10461** | **John Karagiannis**<br>**1625 Library Ave, #2**<br>**Bronx, NY 10461** | **Alleged note due for business purchase** | **Disputed** | **40,000.00** |
| **NYS Dept Tax & Finance**<br>**P.O Box 5300**<br>**Albany, NY 12205-0300** | **NYS Dept Tax & Finance**<br>**P.O Box 5300**<br>**Albany, NY 12205-0300** | **Sales Tax** | | **26,795.38** |
| **Spyridom Orfanos**<br>**533 North Kings Ave**<br>**Lindenhurst, NY 11757** | **Spyridom Orfanos**<br>**533 North Kings Ave**<br>**Lindenhurst, NY 11757** | **Alleged not due for business purchase** | **Disputed** | **20,000.00** |
| **Con Ed**<br>**JAF Station**<br>**PO Box 1702**<br>**New York, NY 10116-1702** | **Con Ed**<br>**JAF Station**<br>**PO Box 1702**<br>**New York, NY 10116-1702** | **Additional Acct: 30-2021-0485-008-7** | | **14,765.56** |
| **Raymond** | **Raymond** | **loan** | | **10,000.00** |
| **NYS Workers Comp. Board**<br>**Penalty Review Unit**<br>**20 Park Street**<br>**Albany, NY 12207** | **NYS Workers Comp. Board**<br>**Penalty Review Unit**<br>**20 Park Street**<br>**Albany, NY 12207** | | **Disputed** | **10,000.00** |
| **JPMorgan Chase**<br>**PO Box 4660**<br>**Houston, TX 77210-9820** | **JPMorgan Chase**<br>**PO Box 4660**<br>**Houston, TX 77210-9820** | | | **8,861.88**<br><br>**(0.00 secured)** |
| **NYC Dept. of Hlth. & Hygene**<br>**66 John Street, 11th Floor**<br>**New York, NY 10038** | **NYC Dept. of Hlth. & Hygene**<br>**66 John Street, 11th Floor**<br>**New York, NY 10038** | **Fine** | **Disputed** | **5,505.00** |
| **Internal Revenue Service**<br>**P.O Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P.O Box 7346**<br>**Philadelphia, PA 19101-7346** | **Income Tax installment payment agreement** | **Unliquidated** | **5,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Dima Corp**　　　　　　　　　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pelhman Bay Prof.Center<br>c/o The Hampshire Companies<br>PO box 3101<br>Hicksville, NY 11802 | Pelhman Bay Prof.Center<br>c/o The Hampshire Companies<br>PO box 3101<br>Hicksville, NY 11802 | | | 3,311.50 |
| Bronx Bread Inc.<br>1615 Fowler Ave<br>Bronx, NY 10462 | Bronx Bread Inc.<br>1615 Fowler Ave<br>Bronx, NY 10462 | | | 3,000.00 |
| Liberty Power<br>1901 West Cyprus Creek Rd.<br>Ste 600<br>Fort Lauderdale, FL 33309 | Liberty Power<br>1901 West Cyprus Creek Rd.<br>Ste 600<br>Fort Lauderdale, FL 33309 | | | 1,815.00 |
| Tower National Insurance<br>PO Box 29919<br>New York, NY 10087-9919 | Tower National Insurance<br>PO Box 29919<br>New York, NY 10087-9919 | Insurance | | 1,582.83 |
| Genesis Financial Solutions<br>c/o Phillips & cohen<br>1002 Dustin St.<br>Wilmington, DE 19801 | Genesis Financial Solutions<br>c/o Phillips & cohen<br>1002 Dustin St.<br>Wilmington, DE 19801 | underlying credit card debt to First Equity<br>Acct # 4988 8200 0650 2917 | | 1,420.25 |
| Coffee Asssociates Inc.<br>PO Box 246<br>178 Old River Road<br>Edgewater, NJ 07020 | Coffee Asssociates Inc.<br>PO Box 246<br>178 Old River Road<br>Edgewater, NJ 07020 | | | 549.63 |
| Pepsi Bottling Co. of NY<br>114-02 15th Avenue<br>College Point, NY 11356 | Pepsi Bottling Co. of NY<br>114-02 15th Avenue<br>College Point, NY 11356 | | | 532.00 |
| Cablevision<br>200 Jericho Tpke<br>Jericho, NY 11753-2701 | Cablevision<br>200 Jericho Tpke<br>Jericho, NY 11753-2701 | | | 417.95 |
| Paychex<br>c/o Brennan & Clark Ltd<br>721 E. Madison , Ste 200<br>Villa Park, IL 60181 | Paychex<br>c/o Brennan & Clark Ltd<br>721 E. Madison , Ste 200<br>Villa Park, IL 60181 | | | 363.06 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 25, 2011**　　　　　　　　Signature  **/s/ Mary Raffa**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Mary Raffa**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
　　　　　　　　　　　　　　　　　　　　18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **Dima Corp**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **February 25, 2011**

**/s/ Mary Raffa**
**Mary Raffa**/**President**
Signer/Title

BRONX BREAD INC.
1615 FOWLER AVE
BRONX, NY 10462


CABLEVISION
200 JERICHO TPKE
JERICHO, NY 11753-2701


CHASE
P.O. BOX 15153
WILMINGTON, DE 19886


COFFEE ASSSOCIATES INC.
PO BOX 246
178 OLD RIVER ROAD
EDGEWATER, NJ 07020


CON ED
JAF STATION
PO BOX 1702
NEW YORK, NY 10116-1702


GENESIS FINANCIAL SOLUTIONS
C/O PHILLIPS & COHEN
1002 DUSTIN ST.
WILMINGTON, DE 19801


HSBC BANK USA, NA
C/O PLATZER SWERGOLD
1065 AVENUE OF THE AMERICAS
NEW YORK, NY 10018


INTERNAL REVENUE SERVICE
P.O BOX 7346
PHILADELPHIA, PA 19101-7346


JIM STRIAR
2500 WESTCHESTER AVE., STE 109
PURCHASE, NY 10577


JOHN KARAGIANNIS
1625 LIBRARY AVE, #2
BRONX, NY 10461

JPMORGAN CHASE
PO BOX 4660
HOUSTON, TX 77210-9820


LIBERTY POWER
1901 WEST CYPRUS CREEK RD.
STE 600
FORT LAUDERDALE, FL 33309


MARY RAFFA
3285 WESTCHESTER AVENUE
BRONX, NY 10461


NYC DEPT. OF HLTH. & HYGENE
66 JOHN STREET, 11TH FLOOR
NEW YORK, NY 10038


NYC DEPT. OF HLTH. & HYGENE
125 WORTH STREET
NEW YORK, NY 10013


NYC WATER BOARD
CHURCH STREET STATION
P.O. BOX 410
NEW YORK, NY 10008


NYS DEPT TAX & FINANCE
P.O BOX 5300
ALBANY, NY 12205-0300


NYS WORKERS COMP. BOARD
PENALTY REVIEW UNIT
20 PARK STREET
ALBANY, NY 12207


PAYCHEX
C/O BRENNAN & CLARK LTD
721 E. MADISON , STE 200
VILLA PARK, IL 60181


PELHMAN BAY PROF.CENTER
C/O THE HAMPSHIRE COMPANIES
PO BOX 3101
HICKSVILLE, NY 11802

PEPSI BOTTLING CO. OF NY
114-02 15TH AVENUE
COLLEGE POINT, NY 11356

POLO SOAP SUPPLIES
64-24 MARATHON PKWY
DOUGLASTOWN, NY 11362

RAPID ADVANCE
7316 WISCONSIN AVE SUITE 450
BETHESDA, MD 20814

RAYMOND

SPYRIDOM ORFANOS
533 NORTH KINGS AVE
LINDENHURST, NY 11757

SPYRIDOM ORFANOS
533 NORTH KINGS AVE
LINDHURST, NY

TOWER NATIONAL INSURANCE
PO BOX 29919
NEW YORK, NY 10087-9919

WIDE LENDING GROUP
3550 WILSHIRE BLVD SUITE 106
LOS ANGELES, CA 90010

# CORPORATE RESOLUTION

The undersigned**,** Mary Raffa the president of Dima Corp., a corporation organized under the laws of the State of New York (the "Company"), does hereby certify that at a duly called meeting of the Board of Directors held on the 25th of February 2011, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

"RESOLVED, that in the judgment of the Company, it is desirable and in the best interests of the Company, that its officers be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by the Company upon such date, and in the event, in their discretion, such action should become necessary for the protection of the Company and the preservation of its assets without further notice to the officers of the Company; and it is further

RESOLVED, that the Officers of the Company, or any of them, be and they hereby are authorized on behalf of the Company to execute and file all petitions, schedules, lists and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Rattet Pasternak, LLP, and to retain and employ all assistance by other legal counsel or otherwise which they may deem necessary or proper with a view to the successful conclusion of such reorganization case."

**IN WITNESS WHEREOF,** I have hereunto set my hand, this 25th day of February, 2011.

                                          DIMA CORP.

                                              */s/ Mary Raffa*
                                    By: _____
                                           Mary Raffa, President

Sworn To Before Me This
25th day of February 2011

*/s/ Julie A. Cvek*
_____
NOTARY PUBLIC